UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 14-90658 |
| | ) | |
| WALTER J. GILLESPIE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| VANDERBILT MORTGAGE AND FINANCE, INC., | ) | |
| | ) | |
| Movant. | ) | |

# MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes Now Vanderbilt Mortgage and Finance, Inc. attorney and agent for The CIT Group/Consumer Finance, Inc. ("Vanderbilt"), secured creditor herein, and for its Motion For Relief From Automatic Stay pursuant to Bankruptcy rules 4001 and 9014 states and alleges as follows:

1. Vanderbilt holds a claim against Debtor secured by certain real property commonly known and numbered as 3110 Lincoln Trail, Fithian, Illinois 61844-5169 including all fixtures thereon ( the "Property").

2. The Retail Installment Contract executed by Debtor is marked as Exhibit A and incorporated herein.

3. The Mortgage which evidences perfection of Vanderbilt's security interest is marked as Exhibit B and incorporated herein.

4. On or about June 30, 2008, The CIT Group/Consumer Finance, Inc. executed a Power of Attorney by which it assigned its rights and named Movant its attorney and agent with authority to do any and all acts on its contracts. A copy of the Power of Attorney is attached as Exhibit C and incorporated herein.

5. The Chapter 13 Plan, which has not been confirmed, calls for payment to Movant direct outside the Plan.

6. Debtor is in default of his obligations under the Agreement, as the account is contractually delinquent.

7. The current principal and interest amount due and owing to Vanderbilt is approximately $113,022.43.

8. The approximate value of the Property is $120,000.00.

9. Cause exists for granting relief from the automatic stay in that Debtor has failed to make payments to Vanderbilt.

10. There is no equity in the Property and such Property is not necessary for an effective reorganization.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. prays this Court enter its Order granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d), authorizing Vanderbilt to exercise its rights under the Contract and Security Agreement and applicable nonbankruptcy laws, immediately without any delay or stay under Rule 4001(a)(3) or otherwise, and for such other orders as the Court deems just and proper.

*/S/David G. Wasinger*

David G. Wasinger, IlBar #06200269
James S. Cole, IlBar #06314940
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the U.S. Trustee, according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 18th day of August, 2014, to:

Robert P. Follmer, Attorney for Debtor
Ostling & Associates, LTD
201 West Olive Street
Bloomington, Illinois 61701

Marsha L. Combs-Skinner, Trustee
108 South Broadway
P.O. Box 349
Newman, Illinois 61942

Walter J. Gillespie
3110 Lincoln Trail
Fithian, Illinois 61844

*/S/David G. Wasinger*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | ) Case No. 14-90658 |
| | ) |
| WALTER J. GILLESPIE, | ) |
| | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| VANDERBILT MORTGAGE AND FINANCE, INC., | ) |
| | ) |
| | ) |
| Movant, | ) |

<u>SUMMARY OF EXHIBITS</u>

The following exhibit(s) pertain to the Motion for Relief From Automatic Stay filed by Vanderbilt Mortgage and Finance, Inc. on August 18, 2014, have been sent by first-class mail to the Trustee and are available to any other party upon request.

1. Promissory Note;
2. Mortgage; and
3. Power of Attorney.

*/S/David G. Wasinger*

David G. Wasinger, IlBar #06200269
James S. Cole, IlBar #06314940
THE WASINGER LAW GROUP, P.C.
Magna Place, Suite 875
1401 South Brentwood Boulevard
St. Louis, Missouri 63144
(314) 961-0400
(314) 961-2726 FAX
Attorney for Vanderbilt Mortgage and Finance, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the U.S. Trustee, according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 18th day of August, 2014, to:

Robert P. Follmer, Attorney for Debtor
Ostling & Associates, LTD
201 West Olive Street
Bloomington, Illinois 61701

Marsha L. Combs-Skinner, Trustee
108 South Broadway
P.O. Box 349
Newman, Illinois 61942

Walter J. Gillespie
3110 Lincoln Trail
Fithian, Illinois 61844

*/S/David G. Wasinger*

L:\Vanderbilt.FIL\Gillespie.885\Bankruptcy\los.wpd\srl\32315-885