UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WALTER J. GILLESPIE | ) | CASE NO. 14-90658 |
| | ) | |
| DEBTOR. | ) | CHAPTER 13 |

RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Debtors, Walter Gillespie, by and through his attorney, Ostling & Associates, and in response to the Motion for Relief from the Automatic Stay filed by Vanderbilt Mortgage and Finance, Inc. states as follows:

1. Debtor admits the allegations in paragraph 1.
2. Debtor admits the allegations in paragraph 2.
3. Debtor admits the allegations in paragraph 3.
4. Debtors have insufficient information to either admit nor deny the allegations in paragraph 5.
5. Debtor admits the allegations in paragraph 5.
6. Debtor admits an arrearage exists, and furthermore wishes to enter into an agreed repay order to cure any default that may exist.
7. Debtor has insufficient information to either admit nor deny the allegations in paragraph 7.
8. Debtor has insufficient information to either admit nor deny the allegations in paragraph 8.

9. Debtor has insufficient information to either admit nor deny the allegations in paragraph 9.

10. Debtor has insufficient information to either admit nor deny the allegations in paragraph 10.

WHEREFORE, the Debtor prays for this Honorable Court to consider this Response when deciding upon the Motion for Relief from Automatic Stay. Further, in the event the Court sees fit to grant relief from the Automatic Stay, Debtor requests that any deficiency resulting from movant's disposition of the property be treated as an unsecured claim. Debtor also requests that the fourteen day waiting period provided under Rule 4001(a)(3) of the Rules of Bankruptcy Procedure not be waived and for any other relief this Honorable Court deems just and fair.

Respectfully submitted,
Walter J. Gillespie

September 19, 2014

By: /s/ Robert Follmer
Attorney for Debtor
Ostling & Associates
201 W Olive
Bloomington, IL 61701
(309)-827-3030

CERTIFICATE OF SERVICE

I, Jeanna Mullins, Bankruptcy Assistant for Ostling & Associates, do hereby certify that a copy of the **Response to Motion for Relief from Automatic Stay** was mailed to the following individuals on the 19th day of September, 2014 by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois:

/s/ Jeanna Mullins

Walter J. Gillespie
3110 Lincoln Trail
Fithian, IL 61844

Notice of the pleading was electronically mailed to the following individuals:

David G. Wasinger, Attorney for Creditor
Marsha L. Combs-Skinner, Trustee
United States Trustee